# UNITED STATES DISTRICT COURT
for the

District of Maryland

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| MICHEAL PAUL JORDON | ) | Case No. | **15 - 0411 JMC** |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2014__ in the county of __Cecil__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacqueline Dougher, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/3/15

_____
*Judge's signature*

City and state:   Baltimore, Maryland      J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

**15-0411 JMC**

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Jacqueline Dougher, ("Your Affiant"), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1. Your Affiant has been a Special Agent (SA) with the FBI since October 14, 1997. I am currently investigating federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training in seminars, classes, and provided FBI Innocent Images Online Undercover training. I have also participated in the execution of numerous search warrants, of which many have involved child exploitation and/or child pornography offenses. In the course of my employment with the FBI, I have also participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code §§ 2251 and 2252A involving child exploitation offenses.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. This affidavit is being made in support of a criminal complaint and arrest warrant for MICHEAL PAUL JORDON ("JORDON"), date of birth xx/xx/1979, previously residing at 130 Mike Court, Elkton, Maryland, 21921, and now believed to be temporarily residing at 34 N. Chuckleberry Way, Stephentown, NY 12168, for violation of Title 18, United States Code, Section 2252A(a)(2) (Distribution of Child Pornography).

3. This investigation, described more fully below, revealed that JORDON used Yahoo e-mail and chat accounts to send and receive – via the internet – images depicting minors engaging in sexually explicit conduct. Yahoo Instant Messaging and/or chat between

1



pervyguy4yng and the aforementioned Yahoo e-mail and/or chat accounts revealed discussions regarding the sexual abuse of children, and the request and exchange of images directly related to the chat participants' interests in child pornography (CP). Therefore, there is probable cause to believe that JORDON distributed child pornography, at that term is defined at 18 U.S.C. § 2256(8).

4. The statements contained in this affidavit are based in part on my own investigation, information provided by FBI Special Agents and FBI Task Force Officers (TFOs), written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas, and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for those requested documents.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of 18 U.S.C. §§2252 and 2252A (certain activities relating to material constituting or containing child pornography) relating to the sexual exploitation of minors. Title 18 U.S.C. §§ 2252 and 2252A prohibits, in relevant part, the knowing, receipt, distribution, and possession or access with intent to view, child pornography that has been mailed, shipped or transported using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce, or was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

2



## PROBABLE CAUSE

6.     On January 21, 2014, an FBI Task Force Officer (TFO) acting in an undercover (UC) capacity on-line in a predicated incest chat room, engaged in an on-line chat with an individual utilizing the screen name and/or user name "LovesLittleGirls." The UC posted the following message in the public area of the incest chat room "Any other active pervs in the Virginia area?" An individual utilizing the screen name and/or user name "LovesLittleGirls" responded to the UC and initiated a private chat. The following is the pertinent chat between the UC and "LovesLittleGirls" from their private chat:

> **LovesLittleGirls:** maryland here... wish I was active
> **UC:** mine is 8  DC here
> **LovesLittleGirls:** mmmmm
> **LovesLittleGirls:** such a perfect age
> **UC:** yes, love getting head from her and cummin all over her
> **LovesLittleGirls:** I'm envious brother... sure wish I could join you
> **UC:** would be hot to see her with another cock , where in Md
> **LovesLittleGirls: Elkton... almost by DE**... but I get down to DC all the time
> **UC:** ah, ok a bit far im 43 you ?
> **LovesLittleGirls:** 34
> **LovesLittleGirls:** Like I said I come down to DC all the time for work
> **UC:** cool, you have yahoo, like i said im cool with it as long as i know your cool and you feel the same about me
> **UC:** have you ever played before
> **LovesLittleGirls: yeah I have yahoo**
> **LovesLittleGirls:** once a while back...
> **UC:** whats your yahoo
> **LovesLittleGirls:** but I am totally cool and would play things your way
> **UC:** cool, what is your yahoo?
> **UC:** i do have a few pics of her for the trust thing , do you have any ?
> **LovesLittleGirls: pervyguy4yng**
> **LovesLittleGirls: I have pics for trade**
> **LovesLittleGirls:** would love to see her
> **UC:** ok cool, ill add you on yahoo
> **UC:** cool, im (UC provided his Yahoo screen name)
> **UC:** i just added you
> **LovesLittleGirls:** cool

7.     On January 21, 2014, the individual utilizing the screen name and/or user name "LovesLittleGirls" quit the chat room and moved to Yahoo Instant Messenger ("YIM") with the

3



UC. When "LovesLittleGirls" quit the incest chat room, the following information was displayed "LovesLittleGirls (69.255.91.173) Quit". The following is the pertinent YIM chat between the UC and "pervyguy4yng":

> UC: hey from incest?
> UC: im john btw
> pervyguy4yng: yes...
> pervyguy4yng: Mike
> UC: cool, nice to meet someone that is close into the same
> pervyguy4yng: yes it is
> UC: so how close have you come with little
> UC: any exp at all
> pervyguy4yng: touching mostly
> UC: nice your own ?
> pervyguy4yng: I've been trying with my niece
> UC: mmm, how old is she
> pervyguy4yng: I don't have a little girl of my own... sure wish I did though
> UC: how old is the neice
> pervyguy4yng: 9
> UC: hot , touch her pussy yet or spy on her
> pervyguy4yng: I've touched her pussy while she sleeps... love spying on her... I have peep hole I drilled to watch her when she's in the bathroom
> UC: mmmmm, that is so hot, do you have any spy pics of her
> pervyguy4yng: not yet... not that I haven't been trying... just I haven't had any come out yet
> UC: ahh, cool
> pervyguy4yng: it's hard to aim a cell phone and take a pic and jerk off at the same time... lol
> UC: lol, i understand that, what is the best vid you have that you jerk to
> pervyguy4yng: hmmm... probably one that's been passed around a lot in neat chat... lol
> UC: lol, i love the mom with like 5 year old girls
> pervyguy4yng: I don't know if I've seen that one. I like the one where dad is eating out the little girl and she tells him to lick her harder
> UC: mmmmmm, never seen that one
> pervyguy4yng: here, I'll send it to you
> UC: ok
> pervyguy4yng: it's really short but hot
> UC: mmmmmmm, lov ethat
> UC: that

4



**pervyguy4yng: I sure wish I was like you and had a daughter of my own... I'd be touching and licking her every chance I got**
UC: believe me i do
UC: when will you be in the city again, i will def work somethign out with you
pervyguy4yng: my next trip is in a couple of weeks I think
pervyguy4yng: can I see a pic of her?
UC: yes, let me get one for you hang on
pervyguy4yng: cool
pervyguy4yng: nice!
UC: thank you
**pervyguy4yng: I would love to get my hands on her for a little while**
UC: id love to see it
pervyguy4yng: what all do you do with her?
UC: eat her pussy ass, have her jerk me, rub my cock around her cunny, cum in her pussy, mouth
pervyguy4yng: mmmmm sounds wonderful
UC: maybe in February?
**pervyguy4yng: definately in February**
UC: sweet
UC: i live alone so my place is totally safe
pervyguy4yng: cool...
**pervyguy4yng: maybe one day I can watch you two on cam**
UC: i will take a pic with what ever message you want so you know im cool but i dont cam with her been burned
pervyguy4yng: ok... that's cool bro... I can understand that one
**pervyguy4yng: however, you have my word I would never burn you... and I'd do anything to prove it too**
UC: the short clip you sent made me feel a bit better , a few more would be greeat
**pervyguy4yng: sure... I have mostly pics though**
UC: sure thats cool
UC: mmmmmm, i wanna see your cum like that on "E" so bad
pervyguy4yng: you will very soon bro
UC: sweet
UC: mmmm, what a great load
**(The UC and pervyguy4yng then discuss what pervyguy4yng would do with "E")**
**UC: feel free to text me if you want, XXX-XXX-5017**
UC: i am here off and on but usually answer my text if not to busy at work
pervyguy4yng: that's cool
**pervyguy4yng: I have a professional camera I could bring and make some really sexy photos of her for us to share**

5



UC: im cool with that just dont share them

**pervyguy4yng:** dude... I'm not going to do that... hell no...

UC: cool

UC: you seem cool as shit

**pervyguy4yng: I want to be able to play with her again... lol**

UC: lol, cool, try not to get me in any of the shots, you wanna take like close up pussy and asshole shots?

**pervyguy4yng:** yeah I won't get you in them... maybe your dick but that's it

**pervyguy4yng:** yes

UC: cool

UC: sounds good

UC: i dont have a good camera so that will be cool

**pervyguy4yng: when you take her virginity I could film it**

UC: if you wanna text to stay in touch let me know what you # is so i can add you so i know its you

UC: perfect

**pervyguy4yng: xxx-xxx-3377**

UC: cool

**pervyguy4yng:** can I see a couple more of her?

UC: let me see if i have some on here hang on

**pervyguy4yng:** ??

**pervyguy4yng: I can't wait to take a shower with her**

UC: mmmm, at the end yes

**pervyguy4yng:** at the end of round 1 lol

UC: lol, for sure

UC: well look , let me know what works and ill make sure i have her

**pervyguy4yng:** sure... and feel free to text me any time you want to chat or something...

**pervyguy4yng: maybe if I get the spy pics to work on my niece I'll send you a couple**

UC: yes, would love that , i will take a teaser pic of her for you as well

UC: just sent you a text

UC: stay in touch have to run for now

8. On January 21 and 22, 2014, the UC and "LovesLittleGirls" a/k/a "pervyguy4yng" continued their conversation via text messaging. The UC utilized the cellular telephone number with the last four (4) digits of "5017" provided in the above chat, and "LovesLittleGirls" a/k/a "pervyguy4yng" utilized the cellular telephone number he provided to the UC in the above chat of xxx-xxx-3377(3377). During the chat with the UC, pervyguy4yng

6



told the UC his name was "Mike", he is 34, former military, with two (2) boys of his own, and his wife died last year of multiple sclerosis. The following are portions of the pertinent chat from January 21 and 22, 2014, between telephone numbers ending in 5017 and 3377:

> **3377:** Every couple of weeks. I've been thinking of getting a shot cam online and placing it in her house.
> **3377:** Spy that is.
> **5017:** That would be hot just be careful
> **3377:** They make them now so you can't tell what they are.........
> **5017:** were u able to get any fingers in her cunt or was it to Dry
> **3377: Dry cause she was sleeping.**
> **5017:** is she budding
> **3377: Just barely**
> **3377: But still bald..................**
> **5017 sends a picture of "E" to 3377.**
> **5017:** Its the note with tje panties she was wearing when I took the pic
> **3377:** I'm running it through my computer now. Love Technology
> **3377:** Cool love it dude.
> 5017: How often does niece come to your place
> **3377: Um every couple of weeks or so. Depends on when her mom lets her**
> **5017:** Nice, what are you running
> **3377: I ran it through adobe bridge. I have plenty of imaging toys to play with.**
> **5017:** Sweet
> **3377:** We can take stills. Even make a movie.
> **5017:** Yeah, maybe after we meet im just weird about that...........................................
> **3377:** We can link up somewhere public when I come down if you like so you know I'm for real.
> **5017:** Yes that is a good idea
> **5017:** meet at a bar or coffee shop
> **3377:** Yeah. That way I can meet you two and you can meet me.
> **5017:** Cool what we can do so I dont feel like a sitting duck is u and I meet near my place then we can walk back to my place and meet her in my lobby
> **3377: I was thinking just like meeting at waffle house for breakfast or something. Nice and open. You can introduce me as your friend or whatever, then we can**
> **3377: go to your place.**
> **5017:** Cool
> **5017:** Cool
> **3377: No one is a target. No one is a sitting duck. We havea little coffee or something then off to have fun.**

7



**5017:** Sounds good
**5017:** can we exchange pics before meet
**3377:** Sure
**5017:** cool
**3377:** I'll hold a sign so you know I'm real. You two can do the same.
**5017:** I will sounds good
**3377: I'm hard just thinking about it all**
**5017: I cant wait , let me know what day**
**3377: I'm thinking like the 8th.**
**5017:** ok....................
**5017:** so do u give niece something that knocks her out so she doesnt wake up I bet her pussy taste good too
**3377: Yeah usually one of my sleeping pills. It is very sweet.**
**5017:** Mmm do they work good
**3377: Haven't had an issue yet with them**

9.　On January 21, 2014, the UC sent two (2) images during the YIM chat with "pervryguy4yng". One of the images depicted a prepubescent child from the neck down in a pair of underwear, and the second image depicted a prepubescent child wearing panties and displaying a note.[1] The UC received one (1) video and six (6) images from "pervyguy4yng" during his on-line YIM chat which are described below:

  A. **Image titled: -　　eat daugh~1:** The video is of what appears to be a prepubescent female laying on a bed naked from the waist down. An adult male wearing blue shorts performs oral sex on the prepubescent female, who is heard to say "do it hard".

  B. **Image titled: 135797966186:** The image is of what appears to be a naked prepubescent female facing the camera straddling a naked adult male inserting his penis into her vagina.

  C. **Image titled: 13601899646_2005_05_08_17_35_23:** The image is what appears to be a naked prepubescent female lying down with a nude adult male kneeling between her legs inserting his penis into her vagina.

  D. **Image titled: 13601852246_2004_01_15_21_12_38:** The image is what appears to be a naked prepubescent female performing oral sex simultaneously on two (2) naked adult males sitting opposite each other.

  E. **Image titled: 107:** The image is what appears to be a close up image of a naked prepubescent female lying down on what appears to be a blue blanket with her legs spread and what appears to be a white substance covering her vaginal area.

---

1. **The pictures sent by the UC did not depict a real child.**



F. **Image titled: -_00a(3):** The image is of what appears to be a partially naked prepubescent female laying on her back on a pink blanket or sheet, wearing a white dress with the bottom of the dress flipped up, her legs are spread open, with what appears to be an adult male hand holding one of her legs back, and what appears to be a white substance covering her vaginal area.

G. **Image titled: -0 pa1 (287):** The image is of what appears to be a naked prepubescent female on her knees on the floor, facing an adult male, naked from the waist down (with his shoes on) standing in front of the prepubescent female. The prepubescent female is performing oral sex on the adult male.

10.  Open source database checks were conducted by law enforcement personnel on cellular telephone number xxx-xxx-3377, provided by "pervyguy4yng", which resulted in the identification of Micheal Paul JORDON, Date of Birth (DOB): xx/xx/1979, with a former address in Washington state and a then current address in Elkton, Maryland, 21921. A social networking profile was identified related to JORDON which showed photographs of JORDON, his two (2) sons, and his niece. JORDON lists the United States Army as his former employer. A commercial website advertising photography services was found to be linked to the same cellular telephone number, (www.whimsicalreflectionsphotography.com). In the "About us" section of the website, there is information regarding JORDON's move to Cecil County after the death of his wife.

11.  On January 27, 2014, Administrative Subpoenas were issued to the Custodian of Records at Yahoo!, Comcast, and T-Mobile USA, Inc., requesting subscriber identification information associated with the Yahoo! screen name and/or user name "pervyguy4yng", the IP address 69.255.91.173, and the T-Mobile USA, Inc., cellular telephone number and/or account xxx-xxx-3377.

12.  On January 28, 2014, Comcast responded to the Administrative Subpoena issued regarding subscriber information for IP address 69.255.91.173 with the following information:

9



Subscriber: Micheal JORDON, 130 Mike Court, Elkton, Maryland, 21921, telephone number: xxx-xxx-3377, Type of Service: High Speed Internet Service, Start of Service: May 4, 2013, and Account Status: Active.

13. On February 03, 2014, your Affiant received information from SA Dillon Rathbun, United States Army, Criminal Investigative Division (CID). The information provided by SA Rathbun showed the following: Micheal Paul JORDON was medically retired from the U.S. Army on February 27, 2013, with a listed phone number as (xxx) xxx-3377, and current address of: 130 Mike Court, Elkton, MD, 21921.

14. On February 02, 2014, a representative of the United States Postal Inspection Service informed FBI agents that the following individual, Micheal Paul JORDON, is currently receiving mail at 130 Mike Court, Elkton, Maryland, 21921.

15. On February 6, 2014, the Honorable Timothy J. Sullivan, United States Magistrate Judge, District of Maryland, Baltimore, Maryland, signed a search and seizure warrant authorizing the search of the residence of Micheal Paul JORDON located at 130 Mike Court, Elkton, Maryland, 21921, and the Yahoo! e-mail and/or chat account used by JORDON, pervyguy4yng@yahoo.com and/or Instant Message/chat account pervyguy4yng for evidence of the violations of Title 18 U.S.C. §§ 2252 and 2252A, the distribution of child pornography.

16. On February 10, 2014 the search warrant was executed at 130 Mike Court, Elkton, Maryland. A preview at the search location and subsequent forensic examination of the computer and/or other electronic devices seized during the search of JORDON's home revealed numerous images of CP. JORDON admitted, in an interview conducted during the execution of the search warrant that he utilized the Yahoo! e-mail and/or Instant Message/chat accounts mdnudistomom and ironchefamily, chatted with a UC regarding the sexual abuse of children, and identified six (6) images of CP he sent to the undercover (UC). JORDON admitted he used

10



the Yahoo! e-mail and/or Instant Message/chat account pervyguy4yng to communicate with the UC, that it was attached to the Yahoo account mdnudistmom, and voluntarily provided his consent to assume his online identity.

### CONCLUSION

17. Based upon the information above, I respectfully submit that there is probable cause to believe that JORDON violated 18 U.S.C. §2252A(a)(2) (including distribution of child pornography) Therefore, I respectfully request that the a criminal complaint and warrant for his arrest be issued.

Special Agent Jacqueline Dougher
Federal Bureau of Investigation

Subscribed and sworn
before me this ___ day of March 2015.

J. Mark Coulson
United States Magistrate Judge

15 - 0411 JMC

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 03 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

11

